IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-191-D

| | | |
|---|---|---|
| TIMOTHY BEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PRIME CARE MEDICAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in Prime Care Medical, Inc.'s ("Prime Care Medical, Inc." or "defendant") memorandum of law in support of its motion to dismiss [D.E. 19] and in its reply brief [D.E. 23], the court GRANTS defendant's motion to dismiss [D.E. 18]. Plaintiff failed to satisfy the mandatory pre-filing certification requirements of Rule 9(j) of the North Carolina General Statutes 1A-1. Accordingly, the court DISMISSES plaintiff's medical malpractice claim against Prime Care Medical, Inc. The clerk shall update the docket to reflect that Prime Care Medical, Inc. was the sole remaining defendant.

SO ORDERED. This 10 day of May 2021.

JAMES C. DEVER III
United States District Judge