IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-191-D

| | |
|---|---|
| TIMOTHY D. BEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BELLEVUE HOSPITAL, ) | |
| ELLENVILLE REGIONAL HOSPITAL, ) | |
| and PRIME CARE MEDICAL, INC., ) | |
| ) | |
| Defendants. ) | |

On May 27, 2021, Timothy D. Best moved for reconsideration [D.E. 27]. The court has reviewed the motion, the orders of the court, and the record. The court DENIES as baseless Bests's motion for reconsideration [D.E. 21].

SO ORDERED. This _11_ day of June 2021.

JAMES C. DEVER III
United States District Judge